IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11cr00443-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PRESCOTT WALTERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The violation report was referred to Magistrate Judge George J. Limbert.

Defendant Walters appeared before the Magistrate Judge on May 7, 2014, executed a waiver of hearing to modify or extend the conditions of supervision and consented to modification of the conditions to include participation in the Location Monitoring Program for a period of 60 days.. Counsel for the government agreed to the modification and the Magistrate Judge issued a Report and Recommendation on May 14, 2014.

This Court has reviewed the Report and Recommendation and adopts same. Defendant Walters shall participate in the Location Monitoring Program for a period of 60 days. Defendant will be required to remain in his residence unless given permission in advance by the Probation Officer to be elsewhere. Defendant may leave his residence to work, receive medical treatment

and attend religious services with the approval of the Probation Officer.

**IT IS SO ORDERED.**

Dated: May 15, 2014                                  *s/    James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE